# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DOUGLAS E. HUMPHREY, | : | No. 165 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMON PLEAS COURT OF | : | |
| BRADFORD COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 1st day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ in Mandamus is DENIED.